# IN THE SUPREME COURT OF THE STATE OF NEVADA

EMANUEL DAVIS,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

No. 80550

**FILED**

FEB 1 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner alleges that the district court has failed to act on a postconviction petition for a writ of habeas corpus he filed below and petitioner seeks relief in this court.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).[1]

---

[1]We take no action on the motion to waive filing fees. The filing fee was waived upon docketing of the petition.

 
20-06776

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[2]

_____ , C.J.
Pickering

_____ , J.        _____ , J.
Hardesty                              Cadish

cc:   Emanuel Davis
      Attorney General/Carson City
      Nye County District Attorney
      Nye County Clerk

---

[2]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.